IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1402-09






WILLIAM RAY PHILLIPS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TENTH COURT OF APPEALS


MCLENNAN COUNTY





 Per Curiam. Keasler and Hervey, JJ., dissent.


ORDER



 The petition for discretionary review violates Rule of Appellate Procedure 68.5
because the petition exceeds 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the Court of Criminal Appeals within thirty days after the date of this order.


Delivered: August 25, 2010

Do Not Publish.